**Kenneth Wayne LEAMING[1], Plaintiff,**

v.

**Barack Hussein OBAMA, Defendant.**

**Civil Action No. 13–1483**

United States District Court,
District of Columbia.

Filed September 26, 2013

September 19, 2013

Kenneth Wayne Leaming, Seattle, WA, pro se.

## *MEMORANDUM OPINION*

BERYL A. HOWELL, United States District Judge

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis.* The application will be granted and the complaint will be dismissed. *See* 28 U.S.C. § 1915A (requiring the Court to screen and dismiss a prisoner's complaint upon a determination that it is frivolous).

**1.** Although the name on the case caption of the handwritten complaint omits the surname Leaming, the Court takes judicial notice of the plaintiff's prior cases in this Court listing his full name as Kenneth Wayne Leaming. In addition, plaintiff's signature on the application to proceed *in forma pauperis* includes Leaming, as does the financial documents furnished by prison authorities.

Plaintiff is a prisoner incarcerated at the SeaTac Federal Detention Center in Seattle, Washington. He purports to register a claim against President Barack Obama or the United States, but for what injury is wholly unclear. Since the complaint "lacks an arguable basis either in law or in fact," *Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989), it will be dismissed. *See Crisafi v. Holland,* 655 F.2d 1305, 1307–08 (D.C.Cir.1981) ("A court may dismiss as frivolous complaints ... postulating events and circumstances of a wholly fanciful kind."). A separate Order of dismissal accompanies this Memorandum Opinion.